IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ROGER ISAACS,                  )
                               )
     Plaintiff,                )
                               )     CIVIL ACTION NO.
     v.                        )        2:13cv693-MHT
                               )             (WO)
FELDER SERVICES, LLC,          )
                               )
     Defendant.                )
```

### JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 41) is adopted for the reasons set out in the opinion.

(2) Defendant Felder Services, LLC's motion for summary judgment (doc. no. 27) is granted.

(3) Judgment is entered in favor of defendant Felder Services, LLC and against plaintiff Roger Isaacs, with plaintiff Isaacs taking nothing by his complaint.

It is further ORDERED that costs are taxed against plaintiff Isaacs, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 29th day of October, 2015.

                                   **/s/ Myron H. Thompson**
                                 **UNITED STATES DISTRICT JUDGE**